UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANDRA ROBLES,

    Plaintiff,

v.

           Case No. 18-CV-1328

COUNTY OF MILWAUKEE, *et al.*,

    Defendants.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants County of Milwaukee and Richard R. Schmidt, in his official capacity, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims against Defendants, which were, or could have been, asserted by the Plaintiff are hereby dismissed, with prejudice, and without costs or attorneys' fees to any party.


Dated:  6/18/2019        s/ Theresa Kleinhaus
                 Scott Rauscher
                 Theresa Kleinhaus
                 LOEVY & LOEVY
                 311 N. Aberdeen Street, Third Floor
                 Chicago, IL 60607
                 (312) 243-5900 Phone
                 scott@loevy.com
                 tess@loevy.com

                 Attorneys for Plaintiff

Dated:   6/18/2019

                                                         s/ Timothy H. Posnanski
Timothy H. Posnanski
HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, WI  53202-3819
(414) 271-2300  Phone
(414) 223-5000  Fax
Timothy.Posnanski@huschblackwell.com

Attorneys for Defendants

2

Case 2:18-cv-01328-LA   Filed 06/18/19   Page 2 of 2   Document 17